| | | | |
|---|---|---|---|
| Com. v. Green | 2255 EDA 2015 Affirmed | 07/21/2016 | CP–51–CR–0002785–2008 CP–51–CR–0014817–2007 (Philadelphia) |
| Com. v. Swisher | 2527 EDA 2015 Affirmed | 07/21/2016 | CP–51–CR–0010663–2013 (Philadelphia) |
| Com. v. Harris [37] | 2693 EDA 2015 Affirmed | 07/21/2016 | CP–51–CR–0409431–2002 (Philadelphia) |
| Com. v. Williams | 2836 EDA 2015 Affirmed | 07/21/2016 | CP–48–CR–0001102–2013 (Northampton) |
| In re A.Y.V. | 3210 EDA 2015 Affirmed | 07/21/2016 | CP–51–AP–0000024–2015 CP–51–DP–0002507–2011 FID: 51–FN–004715–2011 (Philadelphia) |
| In the Interest of: J.M.V. | 3211 EDA 2015 Affirmed | 07/21/2016 | CP–51–AP–0000602–2015 CP–51–DP–0002508–2011 FID: 51–FN–004715–2011 (Philadelphia) |
| In the Interest of J.J.P. | 3291 EDA 2015 Affirmed | 07/21/2016 | CP–51–AP–0000023–2015 CP–51–DP–0002505–2011 FID: 51–FN–004715–2011 (Philadelphia) |
| Com. v. Torres | 625 MDA 2015 Affirmed | 07/21/2016 | CP–06–CR–0000183–2014 (Berks) |
| Com. v. McCrae | 630 MDA 2015 Affirmed | 07/21/2016 | CP–22–CR–0000346–2013 (Dauphin) |
| Com. v. Parrish [38] | 1329 MDA 2015 Affirmed | 07/21/2016 | CP–67–CR–0006243–2013 (York) |
| Com. v. Peterson | 1566 MDA 2015 Affirmed | 07/21/2016 | CP–22–CR–0002247–2014 (Dauphin) |
| Com. v. Killiany | 1578 MDA 2015 Affirmed | 07/21/2016 | CP–35–CR–0001492–2013 (Lackawanna) |
| Com. v. Farnsworth | 1640 MDA 2015 Affirmed | 07/21/2016 | CP–41–CR–0002019–2013 (Lycoming) |

37. Petition for reargument denied September 22, 2016.
38. Petition for reargument denied September 21, 2016.